# United States District Court

Southern **DISTRICT OF** California

08 JAN 30 AM 9: 45

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| In the Matter of the Search of<br>(Name, address or brief description of person or property to<br>Express Mail parcel # EB 592871279 addressed to Carlos Flores, Calle 13 EE 4 Villa del Ray, 4th Seccion, Caguas, Puerto Rico, 00725 from Clarisa Flores, Tequila Way 3AB, Chula Vista, CA 91910 | In the Matter of the Search of<br>(Name, address or brief description of person or property to be searched)<br>BY:<br><br>'08 MJ 0264 |

TO:    Kim A. Kelly, Postal Inspector    and any Authorized Officer of the United States

Affidavit(s) having been made before me by Kimberly A. Kelly who has reason to believe that on the person of or on the premises known as Express Mail parcel # EB 592871279 addressed to Carlos Flores, Calle 13 EE 4 Villa del Ray, 4th Seccion, Caguas, Puerto Rico, 00725 from Clarisa Flores, Tequila Way 3AB, Chula Vista, CA 91910 which is in the custody of the U.S. Postal Inspection Service.

in the Southern District of California there is now concealed a certain person or property, namely (describe the person or property)

    Controlled substances, materials, and documents reflecting the distribution of
    controlled substances through the United States Mail, including money paid for
    controlled substances, in violation of Title 21, United States Code, Sections
    841(a)(1), 843(b) and 846

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before 2/8/08
Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to **BARBARA L. MAJOR**
**U.S. MAGISTRATE JUDGE**
as required by law.

1/29/08 at 9:08 am                              at    San Diego, CA
Date and Time Issued                                    City and State

**BARBARA L. MAJOR**, U.S. Magistrate Judge
**U.S. MAGISTRATE JUDGE**
Name and Title of Judicial Officer                      Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 1/29/08 | 1/29/08  1300 | Postal Service |

INVENTORY MADE IN THE PRESENCE OF

PI Kelly Cain

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

475 vials of Cardispan 5ml each
126 tablets of Omifin 50 mg each

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

[signature]

Subscribed, sworn to, and returned before me this date.

[signature]
U.S. Judge

1/30/08
Date